UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | BANKRUPTCY NO. 05-11366 |
| : | CHAPTER 13 |
| LENISE L. DE BOE, DEBTOR : | |
| : | |
| LENISE L. DE BOE, Movant : | DOCUMENT NO. 24 |
| VS. : | |
| BENEFICIAL CONSUMER DISCOUNT : | |
| COMPANY D/B/A BENEFICIAL : | |
| MORTGAGE CO. OF PENNSYLVANIA: | |
| Respondent : | |

### MEMORANDUM AND ORDER

Beneficial Consumer Discount Company ("Beneficial") has filed a SUPPLEMENTATION OF RECORD PURSUANT TO MEMORANDUM AND ORDER DATED MARCH 3, 2006.

Upon review of that Supplementation, the Court has concluded that a fair fee for the work and costs involved is $1,100. The Court will make an Order to that effect without further hearing unless Beneficial requests an evidentiary hearing.

It is therefore ORDERED as follows:

The Court will fix allowable fees and costs in the above matter at $1,100 unless Beneficial, within 30 days, files a request for an evidentiary hearing, whereupon the Court will fix an evidentiary hearing.

June  14  , 2006

_____
Warren W. Bentz
United States Bankruptcy Judge

c: Jason J. Mazzei, Esq.
   Margaret Gairo, Esq.

**FILED**

JUN 1 3 2006

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE